No. State 219. WALBERG, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 217 N. W. 2d 98.)

ERROR to review a judgment of the county court of Waukesha county entered May 15, 1973: WILLIAM G. CALLOW, Judge.

Criminal law. Burglary. Complaint. Challenge to sufficiency. Waiver by failing to make timely objection.

The cause was submitted for the plaintiff in error on the brief of *Howard B. Eisenberg,* state public defender, and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *James H. Petersen,* assistant attorney general.

Judgment affirmed.